

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007
Fax: (212) 805-7941

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08
```

        Re:   United States v. Aaron Gadson, et al.
              S1 08 Cr. 070 (LAP)

Dear Judge Preska:

        The Government respectfully writes to request that the Court exclude time in the
above-referenced action until the next scheduled conference, on Thursday, February 28, 2008, at
11:30 a.m. Time had previously been excluded, with the consent of all parties, until February 21,
2008, when this matter was initially scheduled for a conference. The conference was adjourned,
however, in order to accommodate the schedules of defense counsel. The Government is
currently in the process of compiling discovery materials. An exclusion of time is warranted
because, among other reasons, it will enable defense counsel to review the discovery materials
and contemplate any motions, and the parties to discuss a possible disposition of this matter.

                                                Respectfully submitted,

*So ordered*
*Loretta A Preska*
           *USDJ*
*February 22, 2008*   By:

                                                MICHAEL J. GARCIA
                                                United States Attorney
                                                Southern District of New York

                                                By: _____
                                                Jenna M. Dabbs/Kenneth A. Polite
                                                Assistant United States Attorneys
                                                (212) 637-2212/2412

cc:     All Counsel of Record (by facsimile)