UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                        :

       - v. -                             :

AARON GADSON,                                   :
    a/k/a "A-Ron,"
AKIEM LUKE,                                     :
    a/k/a "Ox,"
FELIX PEARCEY,                                  :
    a/k/a "Chop,"
    a/k/a "Johnson,"                           :
ANDREW COWAN,
    a/k/a "Big Drew,"
CALVIN GRANT,
    a/k/a "Jack,"
    a/k/a "Fat Jack,"
RANDY KING,
    a/k/a "Macho Man,"
DEVIN PAUL, and
DEREK WILLIAMS,
    a/k/a "Shooter,"

                 Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - x

**INDICTMENT**

S2 08 Cr. 70 (LAP)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED MAR 1 0 2008
```

## COUNT ONE

       The Grand Jury charges:

       1.   From at least in or about 2005, up to and
including at least in or about November 2007, in the Southern
District of New York and elsewhere, AARON GADSON, a/k/a "A-Ron,"
AKIEM LUKE, a/k/a "Ox," FELIX PEARCEY, a/k/a "Chop," a/k/a
"Johnson," ANDREW COWAN, a/k/a "Big Drew," RANDY KING, a/k/a
"Macho Man," DEVIN PAUL, and DEREK WILLIAMS, a/k/a "Shooter," the
defendants, and others known and unknown, unlawfully,
intentionally and knowingly did combine, conspire, confederate

and agree together and with each other to violate the narcotics
laws of the United States.

2.    It was a part and an object of the conspiracy that
AARON GADSON, a/k/a "A-Ron," AKIEM LUKE, a/k/a "Ox," FELIX
PEARCEY, a/k/a "Chop," a/k/a "Johnson," ANDREW COWAN, a/k/a "Big
Drew," RANDY KING, a/k/a "Macho Man," DEVIN PAUL, and DEREK
WILLIAMS, a/k/a "Shooter," the defendants, and others known and
unknown, would and did distribute and possess with intent to
distribute a controlled substance, to wit, five kilograms and
more of mixtures and substances containing a detectable amount of
cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A)
of Title 21, United States Code.

### OVERT ACTS

3.    In furtherance of the conspiracy and to effect the
illegal object thereof, the following overt acts, among others,
were committed in the Southern District of New York, and
elsewhere:

a.    In or about September 2005, in New York, New
York, AARON GADSON, a/k/a "A-Ron," and AKIEM LUKE, a/k/a "Ox,"
the defendants, met to count at least 10 kilograms of cocaine
intended for sale.

b.    On or about September 16, 2006, FELIX
PEARCEY, a/k/a "Chop," a/k/a "Johnson," and ANDREW COWAN, a/k/a
"Big Drew," the defendants, had a telephone conversation during
which COWAN indicated that he wanted to purchase a quantity of

cocaine, and COWAN and PEARCEY discussed the price.

c.    On or about January 24, 2007, PEARCEY and DEREK WILLIAMS, a/k/a "Shooter," the defendants, had a telephone conversation during which they discussed the price of three kilograms of cocaine.

d.    On or about February 4, 2007, RANDY KING, a/k/a "Macho Man," and PEARCEY, the defendants, had a telephone conversation during which they discussed the price of a kilogram of cocaine.

e.    On or about February 7, 2007, DEVIN PAUL and PEARCEY, the defendants, had a telephone conversation during which they discussed the price of two kilograms of cocaine.

f.    On or about March 3, 2007, in New York, New York, GADSON negotiated the sale of up to five kilograms of cocaine to PEARCEY.

(Title 21, United States Code, Section 846.)

### COUNT TWO

The Grand Jury further charges:

4.    From at least in or about November 2006, up to and including at least in or about January 2007, in the Southern District of New York and elsewhere, FELIX PEARCEY, a/k/a "Chop," a/k/a "Johnson," CALVIN GRANT, a/k/a "Jack," a/k/a "Fat Jack," and RANDY KING, a/k/a "Macho Man," the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each

other to violate the narcotics laws of the United States.

5.   It was a part and an object of the conspiracy that
FELIX PEARCEY, a/k/a "Chop," a/k/a "Johnson," CALVIN GRANT, a/k/a
"Jack," a/k/a "Fat Jack," and RANDY KING, a/k/a "Macho Man," the
defendants, and others known and unknown, would and did
distribute and possess with intent to distribute a controlled
substance, to wit, 50 grams and more of mixtures and substances
containing a detectable amount of cocaine base, in a form
commonly known as "crack," in violation of Sections 812,
841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

### OVERT ACTS

6.   In furtherance of the conspiracy and to effect the
illegal object thereof, the following overt acts, among others,
were committed in the Southern District of New York, and
elsewhere:

a.   On or about November 17, 2006, FELIX PEARCEY,
a/k/a "Chop," a/k/a "Johnson," and CALVIN GRANT, a/k/a "Jack,"
a/k/a "Fat Jack," the defendants, had a telephone conversation
during which they discussed crack cocaine.

b.   On or about January 11, 2007, RANDY KING,
a/k/a "Macho Man," and FELIX PEARCEY, a/k/a "Chop," a/k/a
"Johnson," the defendants, had a telephone conversation in which
they discussed crack cocaine.

(Title 21, United States Code, Section 846.)

## COUNT THREE

The Grand Jury further charges:

7.    On or about March 2, 2006, in the Southern District of New York, AKIEM LUKE, a/k/a "Ox," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

   (Title 21, United States Code, Sections 812, 841(a)(1) and
    841(b)(1)(A); Title 18, United States Code, Section 2.)

## COUNT FOUR

The Grand Jury further charges:

8.    On or about April 4, 2006, in the Southern District of New York, AKIEM LUKE, a/k/a "Ox," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

   (Title 21, United States Code, Sections 812, 841(a)(1) and
    841(b)(1)(B); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION AS TO COUNTS ONE THROUGH FOUR

9.    As a result of committing one or more of the controlled substance offenses alleged in Counts One through Four of this Indictment, AARON GADSON, a/k/a "A-Ron," AKIEM LUKE,

a/k/a "Ox," FELIX PEARCEY, a/k/a "Chop," a/k/a "Johnson," ANDREW

COWAN, a/k/a "Big Drew," CALVIN GRANT, a/k/a "Jack," a/k/a "Fat

Jack," RANDY KING, a/k/a "Macho Man," DEVIN PAUL, and DEREK

WILLIAMS, a/k/a "Shooter," the defendants, shall forfeit to the

United States pursuant to 21 U.S.C. § 853, any and all property

constituting or derived from any proceeds the said defendants

obtained directly or indirectly as a result of the said

violations and any and all property used or intended to be used

in any manner or part to commit and to facilitate the commission

of the violations alleged in Counts One through Four of this

Indictment.

10. If any of the above-described forfeitable

property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due

diligence;

b. has been transferred or sold to, or deposited

with, a third person;

c. has been placed beyond the jurisdiction of

the Court;

d. has been substantially diminished in value;

or

e. has been commingled with other property which

cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §

853(p), to seek forfeiture of any other property of said

defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AARON GADSON,
a/k/a "A-Ron,"
AKIEM LUKE,
a/k/a "Ox,"
FELIX PEARCEY,
a/k/a "Chop,"
a/k/a "Johnson,"
ANDREW COWAN,
a/k/a "Big Drew,"
CALVIN GRANT,
a/k/a "Jack,"
a/k/a "Fat Jack,"
RANDY KING,
a/k/a "Macho Man,"
DEVIN PAUL, and
DEREK WILLIAMS, a/k/a "Shooter,"

Defendants.

## INDICTMENT

S2 08 Cr. 70 (LAP)

(Title 21, United States Code,
Sections 812, 841(a)(1), 841(b)(1)(A),
841(b)(1)(B) and 846, and
Title 18, United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.